UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LINDSEY KNAPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CHRISTINE WORMUTH, | ) | 5:23-CV-433-BO-RJ |
| *Secretary, Department of the Army*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to file a response out of time [DE 36] is GRANTED. Plaintiff's motion for leave to file an amended complaint [DE 31] is DENIED as futile. Defendant's motion to dismiss [DE 12] is GRANTED and plaintiff''s complaint [DE I] is DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on March 29, 2024, and served on:**
Daniel Maharaj (via US CM/ECF NEF)
Jonathan Wall (via US CM/ECF NEF)
Rudy Renfer (via CM/ECF NEF)

March 29, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk